IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES M. DOUGLAS,**

      **Petitioner,**

      v.

**UNITED STATES OF AMERICA,**

      **Respondent.**

      **CASE NO. 2:13-CR-00055**
      **CRIM. NO. 2:14-CV-2543**
      **JUDGE GREGORY L. FROST**
      **Magistrate Judge Elizabeth P. Deavers**

## ORDER

Petitioner's *Motion to Dismiss* the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 without prejudice (ECF No. 47) is **GRANTED**. The Court makes no assurances regarding the impact of the one-year statute of limitations on the filing of any future federal habeas corpus petition.

The motion to vacate, set aside or correct sentence (ECF No. 43) is **DISMISSED**, without prejudice.

      **IT IS SO ORDERED**.

      /s/   Gregory L. Frost
      GREGORY L. FROST
      United States District Judge